UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Helen V. Baron<br><br>               Debtor | Chapter 13<br>Bankruptcy No.20-11292-PMM |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 18th day of June, 2020, by first class mail upon those listed below:

Helen V. Baron
6107 Glen Road
Reading, PA  19606

**Electronically via CM/ECF System Only:**

PRO SE

/s/ Deborah A. Earnshaw
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee