Helen V. Baron
6107 Glen Road
Reading, PA 19606
Chapter 13 Bankruptcy
Eastern District of Pennsylvania
Case # 20-11292

2020 SEP -9 AM 10: 48



## Matrix List of Creditors

Shellpoint Mortgage Servicing
(NEW RESIDENTIAL MORTGAGE LLC)
P.O. Box 51850
Livonia, MI 48151-5850

Kevin G. McDonald, ESQ
KML Law Group, P.C.
701 Market Street Suite 5000
Philadelphia, PA 19106
(Attorneys for Shellpoint Mortgage)

Sensible Auto Loan
P.O. Box 3115
Danbury, CT 06813

Commonwealth of PA – Court of Common Pleas
c/o Montgomery County Prothonotary
P.O. Box 311
Norristown, PA 19404-0311
Docket # CP-46-CR-0005533-2012

Exeter Township
4975 DeMoss Road
Reading, PA 19606

CB Indigo Card
P.O. Box 4499
Beaverton, OR 97076

Ginny's Inc
1112 7th Avenue
Monroe, WI 53566

TBOM/Fortiva Mastercard
P.O. Box 10555
Atlanta, GA 30348

Bank of Missouri – Total Visa Card
P.O. Box 85710
Sioux Falls, SD 57118

End of List – Revised 8-15-20