**North Wales Academy**
1000 S Easton Road
Suite 104
Wyncote, PA 19095

The Bryn Mawr Trust Company

Check Date 3/20/2020    Check Number    Memo

2020 SEP 9 AM 10: 47

Pay **No Dollars and No Cents**                                    $************

To the Order of:

**Helen Baron**
6107 Glen Road
Reading, PA 19606

111  -99993525
NON NEGOTIABLE

PAY ONLY 00 CTS CTS

Authorized Signature

---

**Helen Baron**

| Company | Period Begin | Division |
|---|---|---|
| 20140R | 2/29/2020 | |
| Number | Period End | Branch |
| 111 | 3/13/2020 | |
| Social Security # | Check Date | Department |
| XXX-XX-2708 | 3/20/2020 | |
| Hire Date | Check Number | Team |
| 9/3/2019 | -99993525 | |

**North Wales Academy**

1000 S Easton Road Suite 104
Wyncote, PA 19095 215-885-3900

### Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Overtime |  |  |  |  | 45.00 |
| Regular |  | 15.00 | 46.17 | 692.55 | 5707.80 |
| Personal/Sick |  | 15.00 | 30.00 | 450.00 | 450.00 |
| Holiday |  |  |  |  | 240.00 |
| Training |  |  |  |  | 120.00 |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (S/0) (1142.55) | 111.97 | 636.75 |
| OASDI (1142.55) | 70.84 | 406.90 |
| Medicare (1142.55) | 16.57 | 95.16 |
| PA (SM/0) (1142.55) | 35.08 | 201.48 |
| PA-EE SUI(1142.55) | 0.69 | 3.94 |
| Cheltenham Township LST(114 | 2.00 | 12.00 |
| Exeter Twp-Berks County(1142 | 11.43 | 65.63 |
| Checking | 893.97 | 5140.94 |

| | | | | | |
|---|---|---|---|---|---|
| Total Earnings | | | 76.17 | 1142.55 | 6562.80 |
| Total Deductions | | | | 1142.55 | 6562.80 |
| **NET PAY** | 893.97 | Total Direct Deposits | 893.97 | Check Amount | 0.00  0.00 |