

**Page 1 of 2**
**Statement Period: February 17 - March 16, 2020**



**Account Information & Customer Service**
1-(877) 968-7962



**P.O. Box 7889 The Woodlands, TX 77387**

**Visit Us Online at www.woodforest.com**

**Like Us On** 🅵    **Follow Us on** 🐦

00031517 TWI00T03172008180600 2 000000000  2091406521

HELEN V BARON
6107 GLEN RD
READING PA  19606

## Summary of Accounts

| ACCOUNT/DESCRIPTION | BALANCE FORWARD | TOTAL DEBITS | TOTAL CREDITS | CLOSING BALANCE |
|---|---|---|---|---|
| Personal Sterling Advantage Account 1340435476 | 26.60 | 0.00 | 0.00 | 26.60 |

## Personal Sterling Advantage Account 1340435476

-- NO ACTIVITY --

### Account Summary

| | | | |
|---|---|---|---|
| Average Balance | $26.60 | Interest Earned for this Statement Period | $0.00 |
| Average Collected Balance | $26.60 | Average Collected Balance for APY | $26.60 |
| Minimum Balance on 02/17/2020 | $26.60 | Number of Days in Cycle | 29 |
| Year to Date Interest Paid | $0.00 | | |

### Daily Closing Balance Summary

| Date | Balance |
|---|---|
| 02-17 | 26.60 |



**MEMBER FDIC** 🏠 **EQUAL HOUSING LENDER • AN EQUAL OPPORTUNITY EMPLOYER**

0000*1517-03591-0001-0002-TWI00T03172008180600-31-L

## In Case Of Errors Or Questions About Your Electronic Transfers
### For Consumer Accounts Only

Telephone us at **877-968-7962** or write us at the address on the front of this statement as soon as possible, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you have use of the money during the time it takes us to complete our investigation.

### Billing Rights Summary
### In Case Of Errors Or Questions About Your Revolving Credit

If you think there is an error on your statement, write to us at Woodforest National Bank, ATTN: Loan Dept., PO Box 7889, The Woodlands, TX  77387-7889.  In your letter, give us the following information:

- Account information: Your name and account number
- Dollar amount: The dollar amount of the suspected error.
- Description of the problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.  You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.  But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### In Case Of Errors Or Questions About Your Statement

Please examine this statement upon receipt and report any differences in writing to the bank. If no differences are reported in writing within 30 days, the account will be considered correct.

Please notify us in writing of your change of address.

## ACCOUNT RECONCILIATION

THIS IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT.



† SHOULD AGREE WITH YOUR CHECKBOOK BALANCE †



00001517-03382-0002-0002-TW100T03172008180600-31-L

# Wells Fargo Combined Statement of Accounts

March 11, 2020 ■ Page 1 of 8



2020 SEP -9  AM 10: 47

HELEN V BARON
6107 GLEN RD
READING PA 19606-3615

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語  1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☑ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

## Summary of accounts

### Checking/Prepaid and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Wells Fargo Everyday Checking | 2 | 1338209305 | 2,444.23 | 1,839.76 |
| Wells Fargo Way2Save® Savings | 6 | 1757578325 | 175.01 | 248.02 |
| | **Total deposit accounts** | | **$2,619.24** | **$1,887.78** |

March 11, 2020 ∎ Page 2 of 8



# Wells Fargo Everyday Checking

## Activity summary

| | |
|---|---|
| Beginning balance on 2/13 | $2,444.23 |
| Deposits/Additions | 2,971.92 |
| Withdrawals/Subtractions | - 3,776.39 |
| **Ending balance on 3/11** | **$1,639.76** |

Account number: **1338209305**

**HELEN V BARON**

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 031000503

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 2/13 | | Purchase authorized on 02/12 Cash App*Sharon Jo 8774174551 CA S460043670391605 Card 0494 | | 28.00 | |
| 2/13 | | ATT Payment 021120 033283004Evr1Y Phillip Duval | | 118.72 | |
| 2/13 | | Save As You Go Transfer Debit to Xxxxxxxxxxx6325 | | 1.00 | 2,298.51 |
| 2/14 | | Purchase authorized on 02/12 Bonefish 0301 Willow Grove PA S460043835137362 Card 0494 | | 43.47 | |
| 2/14 | | Purchase authorized on 02/13 Cvs/Pharmacy #0783 Douglasville PA S300044832531811 Card 0494 | | 59.38 | |
| 2/14 | | Purchase authorized on 02/14 7-Eleven Glenside PA P00000000876121339 Card 0494 | | 9.42 | |
| 2/14 | | Save As You Go Transfer Debit to Xxxxxxxxxxx6325 | | 3.00 | 2,181.24 |
| 2/18 | | Purchase Return authorized on 02/17 Sxm*Siriusxm.Com/A 888-635-5144 NY S620048547445909 Card 0494 | 6.38 | | |
| 2/18 | | Purchase authorized on 02/14 Ptc EZ Pass Auto R 877-736-6727 PA S300045368497427 Card 0494 | | 35.00 | |
| 2/18 | | Purchase authorized on 02/14 Dunkin #338972 Q35 Glenside PA S580045410046439 Card 0494 | | 15.44 | |
| 2/18 | | Purchase authorized on 02/14 Amzn Mktp US*Ui78Y Amzn.Com/Bill WA S300045473641974 Card 0494 | | 129.05 | |
| 2/18 | | Purchase authorized on 02/14 Wal-Mart #5229 Wyncote PA S380045646311216 Card 0494 | | 14.80 | |
| 2/18 | | Purchase authorized on 02/15 Scotts Carwash Reading PA S300046529838819 Card 0494 | | 100.59 | |
| 2/18 | | Purchase authorized on 02/15 Sams Club Sam's Club Reading PA P00000000637734642 Card 0494 | | 36.95 | |
| 2/18 | | Purchase authorized on 02/15 Wal-Mart #2614 Temple PA S300046560310403 Card 0494 | | 13.00 | |
| 2/18 | | Purchase authorized on 02/15 Boscovs 98 Reading PA S300046585837421 Card 0494 | | 28.62 | |
| 2/18 | | Recurring Payment authorized on 02/16 Netflix.Com 408-5403700 CA S300047470267720 Card 0494 | | 16.95 | |
| 2/18 | | Purchase authorized on 02/16 Paypal *Marketplac 402-935-7733 CA S460047551541900 Card 0494 | | 19.00 | |
| 2/18 | | Purchase authorized on 02/16 Sq *Austin 5 Tannersville PA S300047737482581 Card 0494 | | 13.98 | |
| 2/18 | | Purchase authorized on 02/16 Harry & David #552 Tannersville PA S460047755027448 Card 0494 | | 16.47 | |
| 2/18 | | Purchase authorized on 02/16 Timberland Outlet Tannersville PA S300047770539626 Card 0494 | | 112.89 | |

March 11, 2020 ■ Page 3 of 8



### Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 2/18 | | Purchase authorized on 02/16 Los 3029 The Cross Tannersville PA S380047788347227 Card 0494 | | 48.98 | |
| 2/18 | | Purchase authorized on 02/16 MT Airy Lucky 8 Mount Pocono PA S580047862396513 Card 0494 | | 76.90 | |
| 2/18 | | Non-WF ATM Withdrawal authorized on 02/16 312 Woodland Rd Mount Pocono PA 00580046012591231 ATM ID Cpau0689 Card 0494 | | 64.95 | |
| 2/18 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 2/18 | | Purchase with Cash Back $ 40.00 authorized on 02/17 WM Superc Wal-Mart Sup Reading PA P00000000834174092 Card 0494 | | 52.00 | |
| 2/18 | | Purchase authorized on 02/17 Speedway 06781 Douglassville PA S460048443259011 Card 0494 | | 42.28 | |
| 2/18 | | Purchase authorized on 02/17 Ptc EZ Pass Csc State.PA.US PA S380048489757577 Card 0494 | | 59.66 | |
| 2/18 | | Purchase authorized on 02/17 New Happy Wok Douglassville PA S580048818143361 Card 0494 | | 14.07 | |
| 2/18 | | Save As You Go Transfer Debit to Xxxxxxxxxx6325 | | 18.00 | 1,255.32 |
| 2/19 | | Recurring Payment authorized on 02/18 Amazon Prime*5W6Hz Amzn.Com/Bill WA S460049360687719 Card 0494 | | 13.77 | |
| 2/19 | | Purchase authorized on 02/18 Fresh Groc Wyncote Wyncote PA S580049835724363 Card 0494 | | 9.53 | |
| 2/19 | | Purchase authorized on 02/19 7-Eleven Glenside PA P00000000730346515 Card 0494 | | 10.72 | |
| 2/19 | | Save As You Go Transfer Debit to Xxxxxxxxxx6325 | | 2.00 | 1,219.30 |
| 2/20 | | IRS Treas 310 Tax Ref 022020 138582708200908 Baron, Helen | 1,090.00 | | |
| 2/20 | | Purchase authorized on 02/20 7-Eleven Glenside PA P00000000585181154 Card 0494 | | 11.74 | |
| 2/20 | | Windstream Wsc ACH 021920 000000293958021 Baron Helen | | 120.00 | |
| 2/20 | | Save As You Go Transfer Debit to Xxxxxxxxxx6325 | | 1.00 | 2,176.56 |
| 2/21 | | 20140R-North Wal Payroll 022120 xxxxx2708 Baron Helen | 972.07 | | |
| 2/21 | | Purchase authorized on 02/21 Sams Club Sam's Club Reading PA P00000000733660346 Card 0494 | | 43.83 | |
| 2/21 | | Save As You Go Transfer Debit to Xxxxxxxxxx6325 | | 1.00 | 3,103.80 |
| 2/24 | | Purchase authorized on 02/21 Rpa Reed & CT Gara Reading PA S380052492163646 Card 0494 | | 2.00 | |
| 2/24 | | Purchase authorized on 02/21 Paypal *Shoemagool 402-935-7733 CA S300052656109115 Card 0494 | | 77.90 | |
| 2/24 | | Purchase authorized on 02/21 Sq *High Street Au Stowe PA S300052756150195 Card 0494 | | 134.08 | |
| 2/24 | | Purchase authorized on 02/21 Fortiva Mc 855-802-5572 GA S300053001847756 Card 0494 | | 75.00 | |
| 2/24 | | Purchase authorized on 02/22 Scott'S Exeter CA Reading PA S580053690565853 Card 0494 | | 31.75 | |
| 2/24 | | Purchase authorized on 02/22 Prime Video*7E9Eb8 888-802-3080 WA S380053813908004 Card 0494 | | 10.59 | |
| 2/24 | | Purchase authorized on 02/22 Tokyo Hibachi & Ba Wyomissing PA S480053855197697 Card 0494 | | 58.77 | |
| 2/24 | | Purchase with Cash Back $ 60.00 authorized on 02/23 Wal-Mart #1777 Reading PA P00000000083820651 Card 0494 | | 126.62 | |
| 2/24 | | Purchase authorized on 02/23 Samsclub #8160 Temple PA P00000000782268793 Card 0494 | | 18.85 | |
| 2/24 | | Purchase authorized on 02/23 Samsclub #8160 Temple PA S460054733749025 Card 0494 | | 51.96 | |
| 2/24 | | Purchase authorized on 02/23 Dollar Tr 5448 Perkiom Reading PA P00000000481307635 Card 0494 | | 12.48 | |
| 2/24 | | Purchase authorized on 02/24 7-Eleven Glenside PA P00000000230554695 Card 0494 | | 12.57 | |
| 2/24 | | Save As You Go Transfer Debit to Xxxxxxxxxx6325 | | 12.00 | 2,479.43 |
| 2/25 | | Genesisfs Card 8669469545 200224 000001163208092 Helen Baron V | | 75.00 | 2,404.43 |
| 2/26 | | Purchase authorized on 02/25 Dunkin #338972 Q35 Glenside PA S380056421128835 Card 0494 | | 21.53 | |

March 11, 2020 ■ Page 4 of 8



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 2/26 | | Purchase with Cash Back $ 40.00 authorized on 02/26 Wal-Mart Wal-Mart Sto Wyncote, PA PA P0000000630118129 Card 0494 | | 95.89 | |
| 2/26 | | Save As You Go Transfer Debit to Xxxxxxxxxxx6325 | | 2.00 | 2,285.01 |
| 2/27 | | Purchase authorized on 02/25 Sensible Auto Serv 888-696-4140 CT S380056828851453 Card 0494 | | 134.08 | |
| 2/27 | | Purchase authorized on 02/26 Paypal *Savinghome 402-935-7733 CA S580057617602961 Card 0494 | | 150.00 | |
| 2/27 | | Purchase authorized on 02/26 Chipotle 3111 Philadelphia PA S460057638997385 Card 0494 | | 26.77 | |
| 2/27 | | Purchase authorized on 02/27 Speedway 06725 258 S East Glenside PA P00300058423475303 Card 0494 | | 44.83 | |
| 2/27 | | Save As You Go Transfer Debit to Xxxxxxxxxxx6325 | | 4.00 | 1,925.33 |
| 2/28 | | Purchase authorized on 02/27 Speedway 06725 Glenside PA S460058425810627 Card 0494 | | 12.33 | |
| 2/28 | | Purchase authorized on 02/27 My Blue Heaven Wyncote PA S460058651143864 Card 0494 | | 33.66 | |
| 2/28 | | Purchase authorized on 02/27 Aj Blosenski/Rbs E 610-942-2707 PA S580058760344874 Card 0494 | | 96.00 | |
| 2/28 | | Purchase authorized on 02/27 Wawa 282 0000 Douglassville PA S580059007938225 Card 0494 | | 4.68 | |
| 2/28 | | Save As You Go Transfer Debit to Xxxxxxxxxxx6325 | | 4.00 | 1,774.66 |
| 3/2 | | Purchase authorized on 02/28 Springhill Suites Willow Grove PA S300059809402556 Card 0494 | | 108.90 | |
| 3/2 | | Purchase authorized on 02/29 Ptc EZ Pass Auto R 877-736-6727 PA S380060356109918 Card 0494 | | 35.00 | |
| 3/2 | | Recurring Payment authorized on 02/29 Apple.Com/Bill 866-712-7753 CA S380060693576830 Card 0494 | | 0.99 | |
| 3/2 | | Recurring Payment authorized on 02/29 Apple.Com/Bill 866-712-7753 CA S580060693759012 Card 0494 | | 10.59 | |
| 3/2 | | Purchase authorized on 02/29 Burlington Stores 494 Reading PA P00300081074001490 Card 0494 | | 29.33 | |
| 3/2 | | Purchase authorized on 03/01 9640 AMC Online 888-440-4262 KS S460060843107685 Card 0494 | | 18.48 | |
| 3/2 | | Purchase authorized on 03/01 Popeyes 11216 Pottstown PA S380061760727259 Card 0494 | | 16.19 | |
| 3/2 | | Purchase authorized on 03/01 Speedway 06781 Douglassville PA S460081778647840 Card 0494 | | 38.31 | |
| 3/2 | | Purchase with Cash Back $ 40.00 authorized on 03/01 WM Superc Wal-Mart Sup Reading PA P00000000689855972 Card 0494 | | 72.10 | |
| 3/2 | | Save As You Go Transfer Debit to Xxxxxxxxxxx6325 | | 7.00 | 1,437.77 |
| 3/3 | | Purchase authorized on 03/01 9640 AMC Online 888-440-4262 KS S460061603614702 Card 0494 | | 15.00 | |
| 3/3 | | Save As You Go Transfer Debit to Xxxxxxxxxxx6325 | | 1.00 | 1,421.77 |
| 3/5 | | Purchase authorized on 03/04 Wawa 282 0000 Douglassville PA S300065001571724 Card 0494 | | 11.30 | |
| 3/5 | | Purchase authorized on 03/05 7-Eleven Glenside PA P00000000674842154 Card 0494 | | 20.90 | |
| 3/5 | | Non-WF ATM Withdrawal authorized on 03/05 8002 Ogontz Ave. Philadelphia PA 00300068611831697 ATM ID P299260 Card 0494 | | 61.99 | |
| 3/5 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 3/5 | | Save As You Go Transfer Debit to Xxxxxxxxxxx6325 | | 2.00 | 1,323.08 |
| 3/6 | | 20140R-North Wal Net=Pay 030620 111 Baron Helen | 903.47 | | |
| 3/6 | | Purchase authorized on 03/04 Wingstop #1439 Che Wyncote PA S300064696357451 Card 0494 | | 10.38 | |
| 3/6 | | Purchase authorized on 03/05 Auto Spa & Carwash Blue Bell PA S380065785390186 Card 0494 | | 19.00 | |
| 3/6 | | Save As You Go Transfer Debit to Xxxxxxxxxxx6325 | | 2.00 | 2,195.17 |
| 3/9 | | Purchase authorized on 03/05 Tartos Diner Douglassville PA S580065843615830 Card 0494 | | 27.54 | |
| 3/9 | | Purchase authorized on 03/06 Tjmaxx #0611 Abington PA S580068172282493 Card 0494 | | 83.13 | |

March 11, 2020  ■  Page 5 of 8



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 3/9 | | Recurring Payment authorized on 03/07 Apple.Com/Bill 866-712-7753 CA S380067584053855 Card 0494 | | 3.17 | |
| 3/9 | | Purchase authorized on 03/07 Bella Nails Birdsboro PA S580067590754092 Card 0494 | | 70.00 | |
| 3/9 | | Purchase authorized on 03/07 Scott"S Exeter CA Reading PA S300067634864332 Card 0494 | | 15.00 | |
| 3/9 | | Purchase authorized on 03/07 Wal-Mart #1777 Reading PA S580067832868992 Card 0494 | | 45.00 | |
| 3/9 | | Purchase authorized on 03/07 Boscovs 75 Wyomissing PA S580068018868125 Card 0494 | | 19.99 | |
| 3/9 | | Purchase authorized on 03/08 Paypal *Instantink 402-935-7733 CA S300068290701854 Card 0494 | | 10.59 | |
| 3/9 | | ATT Payment 030720 734454005Mbc1K Helen Baron | | 100.00 | |
| 3/9 | | Save As You Go Transfer Debit to Xxxxxxxxxxx6325 | | 7.00 | 1,813.75 |
| 3/10 | | Purchase authorized on 03/09 Fresh Groc Wyncote Wyncote PA S460069418602237 Card 0494 | | 9.41 | |
| 3/10 | | Purchase authorized on 03/09 Fresh Groc Wyncote Wyncote PA S300069590358849 Card 0494 | | 9.94 | |
| 3/10 | | Save As You Go Transfer Debit to Xxxxxxxxxxx6325 | | 2.00 | 1,792.40 |
| 3/11 | | Purchase authorized on 03/09 Oliviero's Pizzeri 610-3850411 PA S460069780859241 Card 0494 | | 14.96 | |
| 3/11 | | Purchase authorized on 03/10 Allstate *Payme 800-255-7828 IL S580070489242643 Card 0494 | | 135.68 | |
| 3/11 | | Save As You Go Transfer Debit to Xxxxxxxxxxx6325 | | 2.00 | 1,639.76 |
| **Ending balance on 3/11** | | | | | 1,639.76 |
| **Totals** | | | **$2,971.92** | **$3,776.39** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/13/2020 - 03/11/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|-------------------------------------|-------------------------------------|----------------|
| **How to avoid the monthly service fee** | **Minimum required** | **This fee period** |
| Have any ONE of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $1,219.30 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $2,965.54 ☐ ✔ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 76 ☐ ✔ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($10.00 discount) ☐

RC/RC



# Wells Fargo Way2Save® Savings

## Activity summary

| | |
|---|---|
| Beginning balance on 2/13 | $175.01 |
| Deposits/Additions | 73.01 |
| Withdrawals/Subtractions | - 0.00 |
| **Ending balance on 3/11** | **$248.02** |

Account number:  **1757576325**

**HELEN V BARON**

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  031000503

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.01 |
| Average collected balance | $217.58 |
| Annual percentage yield earned | 0.06% |
| Interest earned this statement period | $0.01 |
| Interest paid this year | $0.01 |
| Total interest paid in 2019 | $0.01 |

## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|
| 2/13 | Save As You Go Transfer Credit From Xxxxxxxxxxx9305 | 4.00 | | 179.01 |
| 2/14 | Save As You Go Transfer Credit From Xxxxxxxxxxx9305 | 1.00 | | 180.01 |
| 2/18 | Save As You Go Transfer Credit From Xxxxxxxxxxx9305 | 3.00 | | 183.01 |
| 2/19 | Save As You Go Transfer Credit From Xxxxxxxxxxx9305 | 18.00 | | 201.01 |
| 2/20 | Save As You Go Transfer Credit From Xxxxxxxxxxx9305 | 2.00 | | 203.01 |
| 2/21 | Save As You Go Transfer Credit From Xxxxxxxxxxx9305 | 1.00 | | 204.01 |
| 2/24 | Save As You Go Transfer Credit From Xxxxxxxxxxx9305 | 1.00 | | 205.01 |
| 2/25 | Save As You Go Transfer Credit From Xxxxxxxxxxx9305 | 12.00 | | 217.01 |
| 2/27 | Save As You Go Transfer Credit From Xxxxxxxxxxx9305 | 2.00 | | 219.01 |
| 2/28 | Save As You Go Transfer Credit From Xxxxxxxxxxx9305 | 4.00 | | 223.01 |
| 3/2 | Save As You Go Transfer Credit From Xxxxxxxxxxx9305 | 4.00 | | 227.01 |
| 3/3 | Save As You Go Transfer Credit From Xxxxxxxxxxx9305 | 7.00 | | 234.01 |
| 3/4 | Save As You Go Transfer Credit From Xxxxxxxxxxx9305 | 1.00 | | 235.01 |
| 3/6 | Save As You Go Transfer Credit From Xxxxxxxxxxx9305 | 2.00 | | 237.01 |
| 3/9 | Save As You Go Transfer Credit From Xxxxxxxxxxx9305 | 2.00 | | 239.01 |
| 3/10 | Save As You Go Transfer Credit From Xxxxxxxxxxx9305 | 7.00 | | 246.01 |
| 3/11 | Save As You Go Transfer Credit From Xxxxxxxxxxx9305 | 2.00 | | |
| 3/11 | Interest Payment | 0.01 | | 248.02 |
| | **Ending balance on 3/11** | | | **248.02** |
| **Totals** | | **$73.01** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| | | |
|---|---|---|
| Fee period 02/13/2020 - 03/11/2020 | Standard monthly service fee $5.00 | You paid $0.00 |

March 11, 2020 ■ Page 7 of 8



---

***Monthly service fee summary (continued)***

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $300.00 | $180.01 ☐ |
| · A daily automatic transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Save As You Go® transfer from a Wells Fargo checking account | $1.00 | $73.00 ☐ ✓ |
| · A monthly automatic transfer from a Wells Fargo checking account | $25.00 | $0.00 ☐ |
| · The fee is waived when the primary account owner is under the age of 18 (19 in Alabama) | | |

AM/AM



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

[A] Enter the ending balance on this statement.   $ |_____

[B] List outstanding deposits and other credits to your account that do not appear on this statement. Enter the total in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ |

+ $ |_____

[C] Add [A] and [B] to calculate the subtotal.   = $ |_____

[D] List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement. Enter the total in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ |

- $ |_____

[E] Subtract [D] from [C] to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.   = $ |_____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801      Member FDIC.