**BENEFICIARY'S NAME: LILLIAN ASHTON**

Your Social Security benefits will increase by **1.6%** in 2020 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records.

**2020 SEP -9 AM 10: 48**

## How Much Will I Get And When?

* Your monthly amount (before deductions) is — **$1,720.60**
* The amount we deduct for Medicare Medical Insurance is — **$144.60**
  (If you did not have Medicare as of November 22, 2019, or if someone else pays your premium, we show $0.00.)
* The amount we deduct for your Medicare Prescription Drug Plan is — **$0.00**
  (We will notify you if the amount changes in 2020. If you did not elect withholding as of November 1, 2019, we show $0.00.)
* The amount we deduct for voluntary Federal tax withholding is — **$0.00**
  (If you did not elect voluntary tax withholding as of November 22, 2019, we show $0.00.)
* After we take any other deductions, you will receive — **$1,576.00**
  on or about January 3, 2020.

If you disagree with any of these amounts, you must write to us within 60 days from the date you receive this letter. Or visit *www.ssa.gov/non-medical/appeal* to appeal online. We would be happy to review the amounts.

If you receive a paper check and want to switch to an electronic payment, please visit the Department of the Treasury's Go Direct website at *www.godirect.org* online.

## What If I Have Questions?

* Visit our website at *www.socialsecurity.gov*
* Call us toll-free at **1-800-772-1213 (TTY 1-800-325-0778)**
* Contact your nearest Social Security office

STE 200
201 PENN ST
READING PA 19601



FILED

SEP - 9 2020

TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK

## Other Help For Seniors

Call the Eldercare Locator service of the U.S. Administration on Aging at **1-800-677-1116** or visit *www.eldercare.acl.gov* to learn about a wide variety of services that may be helpful to you.

BNC#: 19B1993A20166

Over ▶