UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

September 14, 2020

To:

**Helen V. Baron**
6107 Glen Road
Reading Pa 19606

In re: **Helen V. Baron**
Bankruptcy No. **20-11292**
Adversary No.
Chapter 13

Re **Amended Schedule D,E/F and Matrix**

The above document(s) were filed in this office on 09/9/2020. Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

    ( )    Voluntary Petition
    ( )    Adversary Proceeding
    (X)    $31.00 Filing Fee for Amendments
    ( )    $25.00 Claims Transfer Fee
    ( )    Motion Filing Fee

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will be referred to the Chief Judge.

    Timothy B. McGrath
    Clerk

    By Donna Rockeymore
      Deputy Clerk

*Fee Notice*
*(11/26/18)*