```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                      Case No. 20-11292-pmm
Helen V. Baron                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4         User: DonnaR            Page 1 of 1               Date Rcvd: Sep 14, 2020
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2020.
db             +Helen V. Baron,    6107 Glen Road,    Reading, PA 19606-3615

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2020                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2020 at the address(es) listed below:
              REBECCA ANN SOLARZ    on behalf of Creditor    NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 3

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

September 14, 2020

To:

**Helen V. Baron**
6107 Glen Road
Reading Pa 19606

In re: **Helen V. Baron**
Bankruptcy No. **20-11292**
Adversary No.
Chapter 13

Re **Amended Schedule D,E/F  and Matrix**

The above document(s) were filed in this office on 09/9/2020**.**  Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

|     |     |
| --- | --- |
| ( ) | Voluntary Petition |
| ( ) | Adversary Proceeding |
| (X) | $31.00 Filing Fee for Amendments |
| ( ) | $25.00 Claims Transfer Fee |
| ( ) | Motion Filing Fee |

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will  be referred to the Chief Judge.

Timothy B. McGrath
Clerk


By Donna Rockeymore
 Deputy Clerk

*Fee Notice*
*(11/26/18)*