**North Wales Academy**
1000 S Easton Road
Suite 104
Wyncote, PA 19095

20-11292

The Bryn Mawr Trust Company

Check Date 7/24/2020   Check Number  Memo

Pay **No Dollars and No Cents**

$************

To the Order of:

**Helen Baron**
6107 Glen Road
Reading, PA 19606

111  -99993386
NON NEGOTIABLE
FILED
NOV 13 2020
TIMOTHY McGRATH, CLERK
BY                DEP CLERK

Authorized Signature

**Helen Baron**

| Company | Period Begin | Division |
| --- | --- | --- |
| 20140R | 7/4/2020 | |
| Number | Period End | Branch |
| 111 | 7/17/2020 | |
| Social Security # | Check Date | Department |
| XXX-XX-2708 | 7/24/2020 | |
| Hire Date | Check Number | Team |
| 9/3/2019 | -99993386 | |

**North Wales Academy**

1000 S Easton Road Suite 104
Wyncote, PA 19095 215-885-3900

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
| --- | --- | --- | --- | --- | --- |
| Overtime | | | | | 45.00 |
| Regular | | 15.00 | 80.00 | 1200.00 | 8955.60 |
| Personal/Sick | | | | | 450.00 |
| Holiday | | | | | 360.00 |
| Misc | | | | | 150.00 |
| Training | | | | | 120.00 |
| In Service | | | | | 120.00 |

## Deductions

| Description | Current | Year To Date |
| --- | --- | --- |
| Fed (S/0) (1200.00) | 118.87 | 997.89 |
| OASDI (1200.00) | 74.40 | 632.44 |
| Medicare (1200.00) | 17.40 | 147.91 |
| PA (SM/0) (1200.00) | 36.84 | 313.16 |
| PA-EE SUI(1200.00) | 0.72 | 6.12 |
| Cheltenham Township LST(120 | 2.00 | 18.00 |
| Exeter Twp-Berks County(1200 | 12.00 | 102.01 |
| Checking | 937.77 | 7963.07 |

| | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Total Earnings** | | | 80.00 | 1200.00 | 10200.60 | **Total Deductions** | 1200.00 | 10200.60 |
| **NET PAY** | 937.77 | **Total Direct Deposits** | | | 937.77 | **Check Amount** | 0.00 | 0.00 |

## INCOME CONTRIBUTION AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF _Berks_

NAME OF DEBTOR(S) _Helen Baron_

CHAPTER 13 CASE # _20-11292_

I, _Lillian Ashton_, the person whose name is signed below, hereby swear/affirm that the following are true and correct:

1. The debtor(s) named above is/are my _daughter_ (specify relationship, for example – mother, father, brother, friend).

2. I contribute financial support in the amount of $ _1576.00_ on a monthly basis to the debtor(s).

3. The source of my income is _Social Security_ (for example, wages from employment, self-employment, disability payments, Social Security, et cetera). The name of my employer is _____ (if applicable).

4. I will continue to make such contributions to the debtor(s) for the entire duration of the Chapter 13 plan of the debtor(s).

_11/2/20_
Date

_Lillian Ashton_
Affiant/Contributor (signature)

_Lillian Ashton_
Affiant/Contributor (print name)

## INCOME CONTRIBUTION AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF _Berks_

NAME OF DEBTOR(S) _Helen Baron_

CHAPTER 13 CASE # _20-11292_

I, _Phillip Duval_, the person whose name is signed below, hereby swear/affirm that the following are true and correct:

1. The debtor(s) named above is/are my _girlfriend_ (specify relationship, for example – mother, father, brother, friend).

2. I contribute financial support in the amount of $_1000.00_ on a monthly basis to the debtor(s).

3. The source of my income is _employment_ (for example, wages from employment, self-employment, disability payments, Social Security, et cetera). The name of my employer is _____ (if applicable).

4. I will continue to make such contributions to the debtor(s) for the entire duration of the Chapter 13 plan of the debtor(s).

_11/2/20_
Date

_[signature]_
Affiant/Contributor (signature)

_Phillip Duval_
Affiant/Contributor (print name)