United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                          Case No. 20-11292-pmm

Helen V. Baron                                                                                              Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-4                       User: Adminstra                          Page 1 of 2

Date Rcvd: Nov 19, 2020              Form ID: pdf900                     Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Helen V. Baron, 6107 Glen Road, Reading, PA 19606-3615 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14537589 | + | Bank of Missouri Total Visa Card, PO. Box 85710, Sioux Falls, SD 57118-5710 |
| 14537586 | + | CB Indigo Card, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 14537584 | | Commonwealth of PA - Court of Common Pleas, c/o Montgomery County Prothonotary, P.O. Box 311, Norristown, PA 19404 -0311 |
| 14537587 | | Ginny's Inc, 1112 7 1h Avenue, Monroe, WI53566 |
| 14537582 | + | Kevin G. McDonald Esquire, KML Law Group PC, 701 Market Street ste 5000, Philadelphia, Pa 19106-1541 |
| 14476282 | + | Kevin G. McDonald, ESQ, KML Law Group, RC., 701 Market Street Suite 5000, Philadelphia PA 19106-1541 |
| 14486259 | + | Lillian Rodriguez, 26 MILL PLAIN RD STE 2D, DANBURY, CT 06811-5186 |
| 14505221 | + | Met-Ed, 101 Crawford's Corner Rd, Bldg #1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 14501789 | | New Residential Mortgage LLC, c/o NewRez LLC DBA ShellPoint Mortgage S, PO Box 10826, Greenville, SC 29603-0826 |
| 14502272 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14476283 | + | Sensible Auto Loan, P.O. Box 3115, Danbury, CT 06813-3115 |
| 14476281 | | Shellpoint Mortgage Servicing, (NEW RESIDENTIAL MORTGAGE LLC), P.O. Box 51850, Livonia, MI 481515850 |
| 14537581 | | Shellpoint Mortgage Servicing, New Residential Mortgage LLC, PO Box 51850, LIvonia, MI 48151-5850 |
| 14537588 | + | TBOM/Fortiva Mastercard, P.O. Box 10555, Atlanta, GA 30310-0555 |
| 14499879 | + | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 20 2020 04:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 20 2020 04:08:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14511233 | | Email/Text: bnc@atlasacq.com | Nov 20 2020 04:07:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 14537585 | + | Email/Text: ewaldman@exetertownship.com | Nov 20 2020 04:07:00 | Exeter Township, 4975 DeMoss Road, Reading, PA 19606-9060 |
| 14478958 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 20 2020 03:59:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14493265 | | Email/Text: bnc-quantum@quantum3group.com | Nov 20 2020 04:07:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 6

Case 20-11292-pmm   Doc 50   Filed 11/21/20   Entered 11/22/20 00:41:29   Desc Imaged
Certificate of Notice   Page 2 of 3

| District/off: 0313-4 | User: Adminstra | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 19, 2020 | Form ID: pdf900 | Total Noticed: 27 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 14537583 | *+ | Sensible Auto Loan, PO Box 3115, Danbury, CT 06813-3115 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 21, 2020     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| REBECCA ANN SOLARZ | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>      Helen V. Baron<br><br>      Debtor | Chapter 13<br><br>Bankruptcy No. 20-11292-PMM |

ORDER DISMISSING CHAPTER 13 CASE

    AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED with prejudice and Debtor is barred from filing another bankruptcy case, either individually or jointly with a spouse, without prior leave of Court FOR A PERIOD OF ONE YEAR.

    IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: November 19, 2020**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE